BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0600
     Facsimile: (213) 894-6265
     E-mail: Roger.Hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-04300-DUTY |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT ("PIA") |
| JONATHAN CARAVELLO, | Current PIA Date: 8/1/25<br>Proposed PIA Date: 8/8/25 |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Roger A. Hsieh, and defendant Jonathan Caravello ("defendant"), by and through his counsel of record, Knut S. Johnson, hereby stipulate as follows:

     1.   On July 10, 2025, defendant was arrested.

     2.   On July 12, 2025, a complaint was filed charging defendant with 18 U.S.C. § 111(a)(1).  (Dkt. 1.)

     3.   On July 14, 2025, defendant made his initial appearance in this case and was released on a $15,000 bond with certain conditions

1 of release (Dkt. 11.)  Defendant waived his right to a preliminary
2 hearing.  (Dkt. 9.)

3     4.   The Court ordered defendant to appear for Post-Indictment
4 Arraignment on August 1, 2025, at 11:30 a.m.  (Dkt. 12.)

5     5.   Under 18 U.S.C. 3161(b), an information or indictment
6 charging defendant shall be filed within thirty days of his arrest.
7 Thirty days from defendant's July 10, 2025, arrest is August 9, 2025.

8     6.   The parties have met-and-conferred and jointly request that
9 the Court continue post-indictment arraignment one week to August 8,
10 2025, to allow the parties additional time to meet-and-confer prior
11 to the filing of an information or indictment.

Dated: July 25, 2025                Respectfully submitted,

                                    BILAL A. ESSAYLI
                                    United States Attorney

                                    CHRISTINA T. SHAY
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                          /s/
                                    ROGER A. HSIEH
                                    Assistant United States Attorney


Dated: July 25, 2025                   /s/ *authorization via email*
                                    KNUT S. JOHNSON
                                    Attorney for defendant
                                    Jonathan Caravello