BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0600
    Facsimile: (213) 894-6265
    E-mail: Roger.Hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-04300-DUTY |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER CONTINUING POST-INDICTMENT ARRAIGNMENT TO AUGUST 8, 2025 |
| JONATHAN CARAVELLO, | |
| Defendant. | |

For GOOD CAUSE SHOWN, the parties' stipulation to continue defendant JONATHAN CARAVELLO'S post-indictment arraignment is GRANTED.  Defendant's post-indictment arraignment is continued from August 1, 2025, at 11:30 a.m., to August 8, 2025, at 11:30 a.m.

IT IS SO ORDERED.

July 25, 2025
DATE

_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE