BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0600
    Facsimile: (213) 894-6265
    E-mail: Roger.Hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-4300 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING FILING DATE FOR INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT AND CONTINUING POST-INDICTMENT ARRAIGNMENT DATE |
| v. | |
| JONATHAN CARAVELLO, | |
| Defendant. | |

    The Court has read and considered the Stipulation Regarding Request for Continuance of Filing Date for Information or Indictment Pursuant to the Speedy Trial Act. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the deadline to file an indictment or information and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the return of an indictment or filing of an information

within the original thirty-day period; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date that any indictment or information in this matter must be filed pursuant to 18 U.S.C. § 3161(b) is continued from August 9, 2025, to August 19, 2025. The post-indictment arraignment is continued to August 25, 2025, at 11:30 a.m. before the duty magistrate judge.

2. The time period of August 9, 2025, through August 19, 2025, inclusive, is excluded in computing the time within which an indictment must be filed, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//
//

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

August 6, 2025
DATE

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
ROGER A. HSIEH
Assistant United States Attorney